```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00889-RNO
Richard Howard Meyers                                               Chapter 13
Kimberly Jo Meyers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Jul 19, 2016
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2016.
db/jdb       +Richard Howard Meyers,    Kimberly Jo Meyers,    120 North Blackberry Lane,
              Fayetteville, PA 17222-9363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Debtor Richard Howard Meyers dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Joint Debtor Kimberly Jo Meyers dorsettlaw.bk@comcast.net
              Members 1st FCU    unger@members1st.org
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE | | CHAPTER 13 |
|---|---|---|
| Richard H. Meyers | | |
| Kimberly Jo Meyers | | |
| Debtor (s) | | CASE NO. 1:15-bk-00889 |

## ORDER OF COURT

NOW, Debtor's counsel's motion to withdraw her fee application having been considered,

IT IS HEREBY ORDERED that said application is withdrawn without prejudice.

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: July 19, 2016