Certificate Number: 15317-PAM-DE-031095925

Bankruptcy Case Number: 15-00889



15317-PAM-DE-031095925

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 28, 2018</u>, at <u>3:24</u> o'clock <u>PM PDT</u>, <u>Richard H Meyers</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 28, 2018</u>    By: <u>/s/Jerry Fajardo</u>

                                                             Name: <u>Jerry Fajardo</u>

                                                            Title: <u>Counselor</u>