Certificate Number: 15317-PAM-DE-031095926

Bankruptcy Case Number: 15-00889


15317-PAM-DE-031095926

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 28, 2018, at 3:24 o'clock PM PDT, Kimberly J Meyers completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 28, 2018

By: /s/Jerry Fajardo

Name: Jerry Fajardo

Title: Counselor