```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                 Case No. 15-00889-HWV
Richard Howard Meyers                                                  Chapter 13
Kimberly Jo Meyers
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 3              Date Rcvd: May 30, 2018
                              Form ID: 3180W             Total Noticed: 55
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
```
db/jdb       +Richard Howard Meyers,   Kimberly Jo Meyers,   120 North Blackberry Lane,
              Fayetteville, PA 17222-9363
cr           +Danowski Investments LLC,   c/o Barbara Danowski,   17 South Main St,
              Mercersburg, PA 17236-1515
4620744      +Asics America,   29 Parker, Suite 100,   Irvine, CA 92618-1667
4614628     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas Of Pennsylvania,   POB 742537,
              Cincinnati, OH  45274-2537)
4659343      +COLUMBIA GAS OF MARYLAND INC,   PO BOX 117,   COLUMBUS, OH 43216-0117
4614623      +Centre Publications,   POB 345,   Centre Hall, PA 16828-0345
4614624      +CenturyLink,   1765 West Trindle Rd,   Carlisle, PA 17015-9758
4635217      +DANOWKSI INVESTMENTS LLC,    DBA FAST INK SCREEN PRINTING,   AND EMBROIDERY COMPANY,
              17 SOUTH MAIN ST,   MERCERSBURG, PA 17236-1515
4614631      +Fast Ink Screen Printing & Embroide,   17 S. Main Street,   Mercersburg, PA 17236-1515
4617119      +First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,   Omaha, NE 68197-0003
4628362      +Florida Department of Education,   Office of Student Financial Assistance (,
              325 West Gaines Street, Suite 1314,   Tallahassee, FL 32399-6533
4614632      +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
4614634      +Icon Health & FItness,   C/O Euler Hermes Collection,   800 Red Brook Blvd, Suite 400 C,
              Owings Mills, MD 21117-5173
4614619      +Julie Gray Dorsett Attorney At Law,   39 North Second Street,   Chambersburg, PA 17201-1819
4638293       M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
4614618      +Meyers Kimberly Jo,   120 North Blackberry Lane,   Fayetteville, PA 17222-9363
4614617      +Meyers Richard Howard,   120 North Blackberry Lane,   Fayetteville, PA 17222-9363
4620769      +Pro-Tec Athletics,   18080 NE 68th #A-150,   Redmond, WA 98052-0573
4614645       Rodale, Inc.,   Direct Sales Department,   POB 6098,   Emmaus, PA 18098-0698
4614646      +Rose-Mir Partnership,   3780 Sycamore Grove Road,   Chambersburg, PA 17202-9697
4614648      +Swiftwick,   POB 2363,   Brentwood, TN 37024-2363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4657229      +E-mail/Text: amscbankruptcy@adt.com May 30 2018 18:58:25     ADT SECURITY SERVICES INC,
              3190 SOUTH VAUGHN WAY,   AURORA, CO 80014-3512
4614620       E-mail/Text: amscbankruptcy@adt.com May 30 2018 18:58:25     ADT Security Service,   POB 371878,
              Pittsburgh, PA  15250-7878
4659781        EDI: BECKLEE.COM May 30 2018 22:53:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4614621      +EDI: AMEREXPR.COM May 30 2018 22:53:00      Amex,   Po Box 297871,
              Fort Lauderdale, FL 33329-7871
4614622       EDI: CAPITALONE.COM May 30 2018 22:53:00      Cap One,   Po Box 85520,   Richmond, VA  23285
4653522      +EDI: BASSASSOC.COM May 30 2018 22:53:00      Cavalry Spv 1, LLC,   c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
4614625      +EDI: CHASE.COM May 30 2018 22:53:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
4614626      +EDI: CITICORP.COM May 30 2018 22:53:00      Citi,   701 East 60th St. B,
              Sioux Falls, SD 57104-0493
4614627      +EDI: CITICORP.COM May 30 2018 22:53:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
4614629      +E-mail/Text: electronicbkydocs@nelnet.net May 30 2018 18:58:11     Dept Of Education/neln,
              121 S 13th St,   Lincoln, NE 68508-1904
4616776       EDI: DISCOVER.COM May 30 2018 22:53:00      Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
4614630      +EDI: DISCOVER.COM May 30 2018 22:53:00      Discover Fin Svcs Llc,   Po Box 15316,
              Wilmington, DE 19850-5316
4720390       EDI: ECMC.COM May 30 2018 22:53:00      ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
4720391       EDI: ECMC.COM May 30 2018 22:53:00      ECMC,   PO Box 16408,   St. Paul, MN 55116-0408,    ECMC,
              PO Box 16408,   St. Paul, MN 55116-0408
4614636       EDI: IRS.COM May 30 2018 22:53:00      Internal Revenue Service,   Department Of The Treasury,
              Cincinnati, OH  45999-0025
4614638       E-mail/Text: camanagement@mtb.com May 30 2018 18:58:02     M & T Bank,   1 Fountain Plaza,
              Buffalo, NY 14203
4614637       E-mail/Text: camanagement@mtb.com May 30 2018 18:58:02     M & T Bank,   1 Fountain Plz,
              Buffalo, NY 14203
4614639       E-mail/Text: camanagement@mtb.com May 30 2018 18:58:02     M &T Bank,   1 Fountain Plz Fl 4,
              Buffalo, NY  14203
4630761       E-mail/Text: camanagement@mtb.com May 30 2018 18:58:02     M&T BANK,   PO BOX 1288,
              Buffalo, NY 14240
4638126      +E-mail/Text: bankruptcyinfo@mizunousa.com May 30 2018 18:58:21     MIZUNO USA INC,
              C/O CINDY BOBBITT,   4925 AVALON RIDGE PARKWAY,   NORCROSS, GA 30071-1571
4614640      +E-mail/Text: unger@members1st.org May 30 2018 18:58:25     Members 1st F C U,   5000 Louise Dr,
              Mechanicsburg, PA 17055-4899
4614641      +E-mail/Text: bankruptcyinfo@mizunousa.com May 30 2018 18:58:21     Mizuno USA, Inc.,
              4925 Avalon Ridge Pkwy,   Norcross, GA 30071-1571
4614642      +EDI: NAVIENTFKASMSERV.COM May 30 2018 22:53:00      Navient,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4614643       +E-mail/Text: bankruptcy@ondeck.com May 30 2018 18:58:26      OnDeck,
               901 North Stuart Street, Suite 700,    Arlington, VA 22203-4129
4614644       +E-mail/Text: bsmith@orrstown.com May 30 2018 18:58:05      Orrstown Bank,
               2695 Phildelphia Ave.,    Chambersburg, PA 17201-7908
4668365        EDI: PRA.COM May 30 2018 22:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4633806        EDI: RECOVERYCORP.COM May 30 2018 22:53:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4614647       +EDI: SEARS.COM May 30 2018 22:53:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
4618430       +E-mail/Text: electronicbkydocs@nelnet.net May 30 2018 18:58:11      U.S. Department of Education,
               C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
4629010        EDI: WFFC.COM May 30 2018 22:53:00      Wells Fargo Bank, N.A.,     P.O. Box 19657,
               Irvine, CA 92623-9657
4614649       +EDI: WFFC.COM May 30 2018 22:53:00      Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
4614650       +E-mail/Text: kim.pett@wwwinc.com May 30 2018 18:58:00      Wolverine Worldwide Inc.,
               9341 Courtland Drive,    Rockford, MI 49351-0001
4919795        EDI: ECAST.COM May 30 2018 22:53:00      eCAST Settlement Corporation,    PO Box 29262,
               New York NY 10087-9262
4653463        EDI: ECAST.COM May 30 2018 22:53:00      eCAST Settlement Corporation assignee of Citibank,    NA,
               POB 29262,    New York NY 10087-9262
                                                                                               TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4620742*       ADT Security Service,    POB 371878,    Pittsburgh, PA  15250-7878
4620743*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
4620745*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
4620751*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas Of Pennsylvania,    POB 742537,
               Cincinnati, OH  45274-2537)
4620746*      +Centre Publications,    POB 345,    Centre Hall, PA 16828-0345
4620747*      +CenturyLink,    1765 West Trindle Rd,    Carlisle, PA 17015-9758
4620748*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
4620749*      +Citi,    701 East 60th St. B,    Sioux Falls, SD 57104-0493
4620750*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
4620752*      +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
4620753*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
4620754*      +Fast Ink Screen Printing & Embroide,    17 S. Main Street,    Mercersburg, PA 17236-1515
4620755*      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
4620756*      +FuelBelt, Inc.,    POB 450,    Barrington, RI 02806-0895
4620759*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Department Of The Treasury,
               Cincinnati, OH  45999-0025)
4620757*      +Icon Health & FItness,    C/O Euler Hermes Collection,    800 Red Brook Blvd, Suite 400 C,
               Owings Mills, MD 21117-5173
4620758*      +Inov-8,    352 Turnpike Road,    Southborough, MA 01772-1756
4620741*      +Julie Gray Dorsett Attorney At Law,    39 North Second Street,    Chambersburg, PA 17201-1819
4620761*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court: M & T Bank,    1 Fountain Plaza,    Buffalo, NY  14203)
4620760*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court: M & T Bank,    1 Fountain Plz,    Buffalo, NY  14203)
4620762*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court: M &T Bank,    1 Fountain Plz Fl 4,    Buffalo, NY  14203)
4620763*      +Members 1st F C U,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
4620740*      +Meyers Kimberly Jo,    120 North Blackberry Lane,    Fayetteville, PA 17222-9363
4620739*      +Meyers Richard Howard,    120 North Blackberry Lane,    Fayetteville, PA 17222-9363
4620764*      +Mizuno USA, Inc.,    4925 Avalon Ridge Pkwy,    Norcross, GA 30071-1571
4620765*      +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
4620767*      +OnDeck,    901 North Stuart Street, Suite 700,    Arlington, VA 22203-4129
4620768*      +Orrstown Bank,    2695 Phildelphia Ave.,    Chambersburg, PA 17201-7908
4620770*       Rodale, Inc.,    Direct Sales Department,    POB 6098,    Emmaus, PA 18098-0698
4620771*      +Rose-Mir Partnership,    3780 Sycamore Grove Road,    Chambersburg, PA 17202-9697
4620772*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
4620773*      +Swiftwick,    POB 2363,    Brentwood, TN 37024-2363
4620774*      +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
4620775*      +Wolverine Worldwide Inc.,    9341 Courtland Drive,    Rockford, MI 49351-0001
4614633      ##+FuelBelt, Inc.,    POB 450,    Barrington, RI 02806-0895
4614635      ##+Inov-8,    352 Turnpike Road,    Southborough, MA 01772-1756
4620766      ##+Newton Running,    1375 Walnut Street Suite 100,    Boulder, CO 80302-5242
                                                                                             TOTALS: 0, * 34, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          ECMC    djwilcoxson@ecmc.org
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Julie Gray Dorsett    on behalf of Debtor 2 Kimberly Jo Meyers dorsettlaw.bk@comcast.net,
           r50928@notify.bestcase.com
          Julie Gray Dorsett    on behalf of Debtor 1 Richard Howard Meyers dorsettlaw.bk@comcast.net,
           r50928@notify.bestcase.com
          Members 1st FCU    unger@members1st.org
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard Howard Meyers** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7892 <br> EIN  45–1555232 |
| Debtor 2 <br> (Spouse, if filing) | **Kimberly Jo Meyers** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2814 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:15–bk–00889–HWV** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Howard Meyers
dba The Runners Sole

Kimberly Jo Meyers

**By the court:**

*[signature: Henry W. Van Eck]*

May 30, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**