```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 15-00889-HWV
Richard Howard Meyers                                                Chapter 13
Kimberly Jo Meyers
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini           Page 1 of 1            Date Rcvd: Aug 16, 2018
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Richard Howard Meyers,    Kimberly Jo Meyers,    120 North Blackberry Lane,
                 Fayetteville, PA 17222-9363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Debtor 2 Kimberly Jo Meyers dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Julie Gray Dorsett    on behalf of Debtor 1 Richard Howard Meyers dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Members 1st FCU    unger@members1st.org
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard Howard Meyers,<br>dba The Runners Sole, | Chapter 13 |
| **Debtor 1** | Case No. 1:15–bk–00889–HWV |
| Kimberly Jo Meyers, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–7892    xxx–xx–2814

Employer's Tax I.D. No.:
    45–1555232

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 16, 2018

By the Court,

*(signature)*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)